UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424229)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

25-104-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated January 14, 2026, to which a *Memorandum Response*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the claims brought in the original and amended complaints related to the transition program and/or restricted confinement (including lack of transition dorm, conditions, lack of privileges, and length of time held) are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A for failure to state a claim.

**IT IS FURTHER ORDERED** that the claims in the amended complaint unrelated to Plaintiff's claims regarding the transition program and/or restricted confinement be

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 10.

**DISMISSED WITHOUT PREJUDICE** as improperly joined pursuant to Federal Rules of Civil Procedure 18 and 20.

Signed in Baton Rouge, Louisiana, on this 2 day of ~~January~~ February, 2026.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**